UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL HUMMEL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. BANCORP, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C23-1915JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On December 10, 2024, the court granted the parties' requested extension of the discovery cutoff, but informed the parties that—if they wished to keep their current trial date—they were required to file a stipulation by no later than December 13, 2024 reflecting their shared understanding that the court will not extend the dispositive motions deadline and will not consider any discovery taken after the deadline in deciding dispositive motions. (Ord. (Dkt. # 19).) The parties did not file a stipulation.

MINUTE ORDER - 1

1 | Accordingly, the court RESETS the trial date to **March 9, 2026**. A separate order
2 | will follow resetting the discovery cutoff and all other remaining pretrial deadlines.
3 | Filed and entered this 17th day of December, 2024.

    RAVI SUBRAMANIAN
    Clerk of Court

    s/ Ashleigh Drecktrah
    Deputy Clerk

MINUTE ORDER - 2