UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL HUMMEL,<br><br>             Plaintiff,<br><br>   v.<br><br>U.S. BANCORP, et al.,<br><br>             Defendants. | CASE NO. C23-1915JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendants U.S. Bancorp and U.S. Bank National Association's (together, "Defendants") motion to modify the scheduling order in this case and to strike Plaintiff Carol Hummel's medical expert. (Mot. (Dkt. # 24); Reply (Dkt. # 28); *see* 12/17/24 Sched. Order (Dkt. # 21).) Ms. Hummel opposes the motion. (Resp. (Dkt. # 26).) The court ORDERS as follows:

    (1)    The October 27, 2025 discovery deadline is STAYED;

MINUTE ORDER - 1

(2) The parties are ORDERED to appear for a hearing on Defendants' motion on **October 29, 2025, at 10:00 a.m.**, in Courtroom 14A at the United States Courthouse in Seattle, Washington; and

(3) The Clerk is DIRECTED to renote Defendants' motion (Dkt. # 24) for October 29, 2025.

Filed and entered this 21st day of October, 2025.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2