The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL HUMMEL, individually, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. BANCORP d/b/a U.S. BANK, a foreign ) <br> profit corporation; U.S. BANK NATIONAL ) <br> ASSOCIATION d/b/a US BANK, a foreign ) <br> profit corporation; JOHN/JANE DOES I-V; ) <br> CORPORATIONS I-X, ) <br> ) <br> Defendants. ) | No: 2:23-CV-01915-JLR <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER AND STRIKE PLAINTIFF'S MEDICAL EXPERT <br><br> [PROPOSED] |

THIS MATTER having come regularly before the Court upon Plaintiff's Motion to Continue Hearing on Defendant's Motion to Modify the Scheduling Order in this Case and to Strike Plaintiff Carol Hummel's Medical Expert. The Court having considered the following documents:

1. Plaintiff's Motion to Continue Hearing on Defendant's Motion to Modify the Scheduling Order and to Strike Plaintiff Carol Hummel's Medical Expert, including any declarations in support and proposed order;

ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE
MOTION HEARING- 1

PHILLIPS LAW FIRM
17410 133rd Avenue NE, Suite 301
Woodinville, WA 98072
Telephone: (425) 482-1111
Facsimile: (425) 482-6653

2. _____N/A_____

3. _____N/A_____; and

4. The records and pleadings on file with the Court.

And this Court having jurisdiction hereto; now therefore, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion is **GRANTED**. The hearing on Defendant's Motion to Modify the Scheduling Order and to Strike Plaintiff Carol Hummel's Medical Expert is now scheduled for the 4th day of November, 2025, at 9:00 am.  <u>The Clerk is DIRECTED to renote Defendants' motion (Dkt. # 24) for November 4, 2025.</u>

DATED this 24th day of October, 2025.

_____
Honorable Judge James L. Robart

*Presented by:*

PHILLIPS LAW FIRM

*S. Christine Kim*

_____
S. Christine Kim, WSBA #42993
Attorney for Plaintiff

ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE MOTION HEARING- 2