UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL HUMMEL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. BANCORP, et al.,<br><br>　　　　　　Defendants. | CASE NO. C23-1915JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendants U.S. Bancorp and U.S. Bank National Association's (collectively, "Defendants") motion to modify the scheduling order in this case and to strike Plaintiff Carol Hummel's medical expert. (Mot. (Dkt. # 24).) The court heard oral argument regarding Defendants' motion on November 4, 2025. As discussed during the hearing, the court ORDERS as follows:

(1) The court STRIKES Dr. David Badger as an expert witness;

MINUTE ORDER - 1

  (2) The court LIMITS the testimony of Tom Baird, Plaintiff's walkway safety expert, to identifying the substance Ms. Hummel slipped on as oil; and

  (3) The court EXTENDS the discovery deadline for the limited purpose of allowing Plaintiff to take the deposition, not to exceed two hours, of the U.S. Bancorp employee witness who was not previously disclosed by Defendants.

  Filed and entered this 4th day of November, 2025.

           RAVI SUBRAMANIAN
           Clerk of Court

           s/ Ashleigh Drecktrah
           Deputy Clerk

MINUTE ORDER - 2