The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROL HUMMEL, individually,

Plaintiff,

v.

U.S. BANCORP d/b/a U.S. BANK, a foreign profit corporation; U.S. BANK NATIONAL ASSOCIATION d/b/a U.S. BANK, a foreign profit corporation; JOHN/JANE DOES I-V; CORPORATIONS I-X,

Defendants.

NO.  2:23-cv-01915-JLR

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

**STIPULATION**

Having reached a settlement agreement as to all claims, the parties, Plaintiff CAROL HUMMEL and Defendant U.S. BANCORP AND U.S. BANK NATIONAL ASSOCIATION, by and through their respective attorneys of record, hereby stipulate and agree that this action may be dismissed in its entirety, with prejudice, and without an award of costs and/or attorneys' fees to any party.

//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
 - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
206-628-6600

4937-3206-8257.1

DATED this the 21st day of April, 2026.        DATED this the __14th___ day of April, 2026.

PHILLIPS LAW FIRM                              WILLIAMS, KASTNER & GIBBS PLLC

*s/ S. Christine Kim_____*          *s/ Brad Schlesinger_____*
S. Christine Kim, WSBA #42993                  *s/ Eddy Silverman_____ _____*
PHILLIPS LAW FIRM                              *s/Rod Umberger_____*
17430 133rd Avenue NE, Suite 301               Eddy Silverman, WSBA #53494
Woodinville, WA 98072                          Brad Schlesinger, WSBA #53197
Phone: (425) 482-1111                          Rodney Umberger, WSBA #24948
Fax: (425) 482-6653                            601 Union Street, Suite 4100
Email: ckim@justicforyou.com                   Seattle, WA  98101-2380
Email: rwiley@justiceforyou.com                Telephone: (206) 628-6600
Email: litigation@justiceforyou.com            Fax: (206) 628-6611
**Attorneys for Plaintiff Carol Hummel**       Email:   esilverman@williamskastner.com
                                                        bschlesinger@williamskastner.com
                                               **Attorneys for Defendants U.S. Bancorp and**
                                               **U.S. Bank National Association**

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE          **Williams, Kastner & Gibbs PLLC**
                                                          601 Union Street, Suite 4100
 - 2                                                       Seattle, WA 98101-2380
                                                          206-628-6600

4937-3206-8257.1

## ~~PROPOSED~~ ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of a stipulated motion by the parties, Plaintiff CAROL HUMMEL and Defendants U.S. BANCORP AND U.S. BANK NATIONAL ASSOCIATION, to dismiss all claims against Defendants with prejudice and without costs and/or attorneys' fees to any party, and the Court being fully advised, it is now ORDERED as follows:

All claims against Defendant are hereby dismissed with prejudice and without costs and/or attorneys' fees as to any party.

IT IS SO ORDERED BY THE COURT.

DATED this __21st__ day of April, 2026.

_____
The Honorable James L. Robart

Presented by:

PHILLIPS LAW FIRM

*s/ S. Christine Kim_____*
S. Christine Kim, WSBA #42993



*Attorney for Plaintiff Carol Hummel*

WILLIAMS, KASTNER & GIBBS PLLC

*s/ Brad Schlesinger_____*
*s/ Eddy Silverman_____*
*s/Rod Umberger_____*
Eddy Silverman, WSBA #53494
Brad Schlesinger, WSBA #53197
Rodney Umberger, WSBA #24948

*Attorneys for Defendants U.S. Bancorp and U.S. Bank National Association*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
 - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
206-628-6600

4937-3206-8257.1